SCWC-13-0000074

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

CHRISTOPHER K. ESPIRITU,
Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAIʻI,
Respondent/Respondent-Appellee.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0000074; CR. NO. 03-1-0635)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Petitioner-Appellant Christopher K.

Espiritu's Application for Writ of Certiorari filed on April 13,

2015, is hereby rejected.

DATED: Honolulu, Hawaiʻi, May 28, 2015.

Christopher K. Espiritu,
petitioner pro se

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

